969 A.2d 1178

**Robert BAYLIS, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 18 EM 2009.**

Supreme Court of Pennsylvania.

April 2, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 2nd day of April, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

969 A.2d 1179

**Benjamin SATCHELL, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 21 EM 2009.**

Supreme Court of Pennsylvania.

April 2, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 2nd day of April, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**